IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS L. YOUNG,

Plaintiff,

v.

JACKSON COUNTY SHERIFF'S OFFICE,

Defendant.

Case No. 17-cv-775 JPG/MAB

### **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 14, 2019**        **MARGARET M. ROBERTIE, Clerk of Court**

                                                          **s/Tina Gray,**
                                                          **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**